# EXHIBIT B

AKEEL & VALENTINE, PLC
888 W. BIG BEAVER ROAD ▪ SUITE 910 ▪ TROY, MICHIGAN 48084-4736 ▪ (248) 269-9595 ▪ FAX: (248) 269-9119
www.akeelvalentine.com

 

John Chatzopoulos
All Pro Nissan
24501 Michigan Ave
Dearborn, MI 48124
313 749-3200
johnc@allpronissan.com
January 6, 2016

Brian Williams
26462 Penn St
Inkster, MI 48141

Dear Brian Williams:

This letter is to inform you as per our conversation earlier, we have adopted an arbitration policy as of January 1st 2016. As I told you earlier today, everyone has signed and returned the form in a timely fashion. The deadline was December 31, 2015. We have extended that deadline for you because of your absence. I have given you ample time to have this form reviewed. Upon receipt of this letter you will have 24 hours to return this form signed. If you do not meet our timeline, you will be forfeiting your position at the dealership. We encourage everyone to seek legal counsel if need be. All we ask is that you adhere to new company policy which is a condition of continued employment. Please feel free to contact me with any further questions you may have.

Thank you for your prompt attention to this matter.

Sincerely,

John Chatzopoulos
General Manager

Certified mail, return receipt requested