# EXHIBIT 2

## Arbitration/Waiver of Class and Collective Actions/Attorney Fees and Costs.

A. ANY CONTROVERSY, DISPUTE, OR CLAIM ARISING OUT OF EMPLOYEE'S EMPLOYMENT AT THE COMPANY, WHETHER CONTRACTUAL, IN TORT, OR BASED UPON STATUTE, SHALL BE EXCLUSIVELY DECIDED BY BINDING ABBITRATION HELD PURSUANT TO THE FEDERAL ARBITRATION ACT (the "FAA"), AND SHALL BE ADMINISTERED BY A NEUTRAL ARBITRATOR AGREED UPON BY THE PARTIES, WHO SHALL BE PERMITTED TO AWARD SUBJECT ONLY TO THE RESTRICTIONS CONTAINED IN THIS PARAGRAPH___, ANY RELIEF AVAILABLE IN A COURT. THE PARTIES WAIVE ANY RIGHT TO LITIGATE SUCH CONTROVERSIES, DISPUTES, OR CLAIMS IN A COURT OF LAW, AND WAIVE THE RIGHT TO TRIAL BY JURY. IN ARBITRATION, ALL PARTIES SHALL HAVE THE RIGHT TO BE REPRESENTED BY LEGAL COUNSEL, THE ARBITRATOR SHALL PERMIT REASONABLE DISCOVERY, THE PARTIES SHALL HAVE THE RIGHT TO SUBPOENA WITNESSES IN ORDER TO COMPEL THEIR ATTENDANCE AT HEARING AND TO CROSS-EXAMINE WITNESSES, THE PROCEEDINGS SHALL BE CONDUCTED IN ACCORDANCE WITH RUDIMENTARY DUE PROCESS, AND THE ARBITRATOR'S DECISION SHALL BE IN WRITING AND SHALL CONTAIN FINDINGS OF FACT AND CONCLUSIONS OF LAW. THE ARBITRATOR'S DECISION SHALL BE FINAL, SUBJECT ONLY TO REVIEW UNDER THE FAA. FOR ANY CLAIMS BASED UPON STATUTORY PROTECTIONS, THE CLUB SHALL PAY ALL FEES CHARGED BY THE NEUTRAL ARBITRATOR. THE ARBITRATOR SHALL HAVE EXCLUSIVE AUTHORITY TO RESOLVE ANY AND ALL DISPUTES OVER THE VALIDITY OF ANY PART OF THIS LEASE, AND ANY AWARD BY THE ARBITRATOR MAY BE ENTERED AS A JUDGMENT IN ANY COURT HAVING JURISDICTION.

B. ANY JUDGMENT, ORDER, OR RULING ARISING OUT OF A DISPUTE BETWEEN THE PARTIES SHALL, TO THE EXTENT PERMITTED BY APPLICABLE LAW, AWARD COSTS INCURRED FOR THE PROCEEDINGS AND REASONABLE ATTORNEY FEES TO THE PREVAILING PARTY.

C. EMPLOYEE AGREES THAT ALL CLAIMS OR DISPUTES BETWEEN EMPLOYEE AND THE COMPANY (AND ANY OTHER PERSONS OR ENTITIES ASSOCIATED WITH THE COMPANY) WILL BE LITIGATED INDIVIDUALLY; THAT HE/SHE WILL NOT CONSOLIDATE HIS/HER CLAIMS WITH THE CLAIMS OF ANY OTHER INDIVIDUAL; THAT HE/SHE WILL NOT SEEK CLASS OR COLLECTIVE ACTION TREATMENT FOR ANY CLAIM THAT HE/SHE MAY HAVE; AND THAT HE/SHE WILL NOT CONSOLIDATE HIS/HER CLAIMS WITH THE

CLAIMS OF ANY OTHER INDIVIDUAL; THAT HE/SHE WILL NOT SEEK CLASS OR COLLECTIVE ACTION TREATMENT FOR ANY CLAIM THAT HE/SHE MAY HAVE; AND THAT HE/SHE WILL NOT PARTICIPATE IN ANY CLASS OR COLLECTIVE ACTION AGAINST THE COMPANY OR AGAINST ANY OTHER EMPLOYEE OR ENTITIES ASSOCIATED WITH THE COMPANY. IF AT ANY TIME THE EMPLOYEE IS MADE A MEMBER OF A CLASS IN ANY PROCEEDING, HE/SHE WILL "OPT OUT" AT THE FIRST OPPORTUNITY, AND SHOULD ANY THIRD PARTY PURSUE ANY CLAIMS ON HIS/HER BEHALF EMPLOYEE SHALL WAIVE HIS/HER RIGHTS TO ANY SUCH MONETARY RECOVERY.

D. Signature of Employee _[signature]_

E. Spell your Name  Jay Howard

F. Date your Signature  12-30-2015