UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY HOWARD,                                    Case No. 17-12724

      Plaintiff,                         Honorable Nancy G. Edmunds

v.

DEARBORN MOTORS 1, LLC,
d/b/a ALL PRO NISSAN OF DEARBORN,

      Defendant.

_____/

**PARTIAL DEFAULT JUDGMENT**

For the reasons set forth in the Court's opinion and order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Jay Howard's motion for default judgment is GRANTED IN PART. Plaintiff is awarded $241,130.00 in damages and $5,771.88 in attorney's fees and costs.

SO ORDERED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: March 16, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2020, by electronic and/or ordinary mail.

                s/Lisa Bartlett
                Case Manager