UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN P. WILLIAMS
and JAY HOWARD,

        Plaintiffs,

v.

DEARBORN MOTORS 1, LLC,
d/b/a ALL PRO NISSAN OF DEARBORN,

        Defendant.

Case No. 17-12724

Honorable Nancy G. Edmunds

_____/

## JUDGMENT

      This is an employment discrimination case filed by Plaintiffs Brian Williams and Jay Howard against Defendant Dearborn Motors 1, LLC, alleging a number of both class and individual claims in their amended complaint. (Dkt. 3.) On May 24, 2018, the Court granted Defendant's motion to dismiss Plaintiffs' class claims as alleged in Counts I, II, and III of the complaint. (Dkt. 14.) And on January 22, 2019, the Court granted Defendant's motion for a judgment on the pleadings on Plaintiff Williams' individual claims found in Counts IV, V, and VI. (Dkt. 39.) Finally, in an opinion and order entered this date, the Court denied Plaintiffs' motion for entry of default judgment as to Plaintiff Williams and granted it in part as to Plaintiff Howard. Consistent with that order, the Court entered a partial default judgment in favor of Plaintiff Howard on his individual claims as set forth in Counts IV, VII, and VIII of the complaint.

      Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED.

SO ORDERED.

          s/Nancy G. Edmunds
          Nancy G. Edmunds
          United States District Judge

Dated: March 16, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2020, by electronic and/or ordinary mail.

          s/Lisa Bartlett
          Case Manager