UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY HOWARD,

        Plaintiff,                                         Case No. 17-12724

v.                                                  Honorable Nancy G. Edmunds

DEARBORN MOTORS 1, LLC,
d/b/a ALL PRO NISSAN OF DEARBORN,

        Defendant.

_____/

**ORDER DENYING PLAINTIFF'S LETTER REQUEST [63]**

On March 16, 2020, a partial default judgment was entered in favor of Plaintiff Jay Howard in the amount of $241,130.00 in damages and $5,771.88 in attorney's fees and costs and this case was closed. (ECF Nos. 56, 57.) The matter is now before the Court on Plaintiff's letter request. (ECF No. 63.) Plaintiff seeks legal advice as to how he can collect on the default judgment entered by the Court.

As a general matter, there is a range of supplementary proceedings that a party may initiate under certain circumstances to assist in the enforcement of a federal judgment. *See Peacock v. Thomas*, 516 U.S. 349, 356 (1996). However, Plaintiff bears the burden to move for any such relief in the appropriate forum. And the Court cannot give Plaintiff legal advice as to what those remedies, if any, may be or how he may pursue them. Accordingly, Plaintiff's letter request is DENIED.

        SO ORDERED.

                                                            s/Nancy G. Edmunds
                                                             Nancy G. Edmunds
                                                             United States District Judge

Dated: April 3, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 3, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager
