# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 21, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 20-1351, *Brian Williams, et al v. Dearborn Motors 1, LLC*
Originating Case No. : 2:17-cv-12724

Dear Ms. Essix:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Ryan Orme, Case Manager

cc: Mr. Adam Shereef Abu Akeel

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-1351

_____

Filed: September 21, 2021

BRIAN P. WILLIAMS; JAY HOWARD

    Plaintiffs - Appellants

v.

DEARBORN MOTORS 1, LLC, dba All Pro Nissan of Dearborn

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 08/30/2021 the mandate for this case hereby issues today.

COSTS: None